```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
DARREN BROWN,                 :
                              :
          Petitioner,         :   Civ. No. 21-11583 (NLH)
                              :
     v.                       :   **MEMORANDUM OPINION & ORDER**
                              :
                              :
LAMINE N'DIAYE,               :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Darren Brown
70050-050
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Angela Juneau, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Darren Brown filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on May 21, 2021, see ECF No. 2; and

WHEREAS, Respondent requests an extension until July 20, 2021 to submit its answer, ECF No. 4,

THEREFORE, IT IS on this 25th day of June , 2021

ORDERED that Respondent's request for an extension, ECF No. 4, is granted. The response is due July 20, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

 s/ Noel L. Hillman
At Camden, New Jersey NOEL L. HILLMAN, U.S.D.J.