```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
DARREN BROWN,                 :
                              :
          Petitioner,         :   Civ. No. 21-11583 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
LAMINE N'DIAYE,               :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Darren Brown
70050-050
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Angela Juneau, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Darren Brown filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Petitioner seeks application of Time Credits earned under the First Step Act, which may lead to earlier

release to a residential reentry center, home confinement or supervised release.  The Court takes judicial notice of the Federal Bureau of Prison's final rule interpreting how and when federal prisoners earn Time Credits under the First Step Act by successfully participating in recidivism risk programming and productive activities, pursuant to 18 U.S.C. § 3624(g), available at https://www.bop.gov/inmates/fsa/docs/bop_fsa_rule.pdf (pending publication in the Federal Register) (last visited Feb. 24, 2022); and

    WHEREAS, Respondent is ordered to supplement its answer with the effect this new rule has on Petitioner's claim, if any, or whether the petition is moot.  Petitioner shall have the opportunity to respond,

    THEREFORE, IT IS on this 24th day of February, 2022

    ORDERED that Respondent shall file a supplemental brief, within 30 days of the date of entry of this Order, calculating Petitioner's Time Credits consistent with the BOP's new final rule and addressing the issue of mootness of the petition; and it is further

    ORDERED that Petitioner may file a supplemental brief in response within 30 days of the date of the filing of Respondent's supplemental brief; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.